| | |
|---|---|
| 1 | AARON D. FORD<br>Attorney General |
| 2 | MARY ANNE MARTIN, Bar No. 13267<br>Deputy Attorney General |
| 3 | State of Nevada<br>Public Safety Division |
| 4 | 100 N. Carson Street<br>Carson City, Nevada 89701-4717 |
| 5 | Tel: (775) 684-1254<br>E-mail: MBMartin@ag.nv.gov |
| 6 | |
| 7 | *Attorneys for Defendant*<br>*Catherine Yup* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MICHAEL E. MILLER, | Case No. 3:19-cv-00102-MMD-CLB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR** |
| v. | **DISMISSAL WITH PREJUDICE** |
| DR. YUP, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Michael E. Miller, in proper person, and Defendant Catherine Yup, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Harry B. Ward, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed according to the terms agreed upon at the Early Mediation Conference which took place on March 10, 2020, and which are memorialized in the Minutes of Proceedings entered ECF No. 16.

DATED this 13 day of March, 2020.  DATED this 3/31 day of March, 2020

AARON D. FORD
Attorney General

_____  By: _____
MICHAEL E. MILLER  MARY ANNE MARTIN, Bar No. 13267
Plaintiff, *Pro Se*  Deputy Attorney General
  *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: April 1, 2020

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 31st day of March, 2020, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served by U.S. District Court CM/ECF Electronic Filing on the following:

Michael Miller #1180657
c/o Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrarian@doc.nv.gov

                                            /s/Perla M. Hernandez
                                            An employee of the
                                            Office of the Attorney General